IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**OTIS FAIRLEY,**                                                                                          **PLAINTIFF**

**V.**                                                                                          **NO. 4:05CV123-D-D**

**MISSISSIPPI PAROLE BOARD, ET AL,**                                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 3rd day of October, 2005.

                                                              /s/ Glen H. Davidson
                                                              CHIEF JUDGE