**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**OTIS FAIRLEY,** **PLAINTIFF**

**V.** **NO. 4:05CV123-D-D**

**MISSISSIPPI PAROLE BOARD, ET AL,** **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice for failure to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii).

**IT IS SO ORDERED.**

THIS the 3rd day of October, 2005.

        /s/ Glen H. Davidson
        CHIEF JUDGE